**Mildred BUTLER, Plaintiff–Appellant,**

v.

**Donald H. RUMSFELD, Secretary,
Department of Defense,
Defendant–Appellee.**

**No. 03–50047.
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Aug. 1, 2003.

Before JOLLY, HIGGINBOTHAM, and SMITH, Circuit Judges.

PER CURIAM.*

Mildred Butler appeals the dismissal of her suit brought under title VII and the Age Discrimination in Employment Act of 1967. The district court explained its reasons for dismissal in a comprehensive memorandum opinion and order filed November 4, 2002, and entered the next day.

The district court opined that this action is barred by *res judicata*. We agree. As the district court noted, "No matter how Plaintiff may wish to characterize the current case, she is still essentially alleging that she was discriminated against because of her age, race, and prior complaints." In Butler's earlier action, the district court ruled that her dismissal was the result of poor performance, not discrimination; this court affirmed, and warned of sanctions if the litigation was further protracted.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.